# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00457-CV

**In re Robert Lee Martin**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining that the trial court has not ruled on a motion he filed on March 6, 2012, in a criminal case that became final some years ago. *See* Tex. R. App. P. 52.1. We deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Henson

Filed: July 26, 2012